## LIDGETT agt FOOTE

Charles Lidgett plaint. agt John Foote Defendt in an action of the case for not giving Security for the payment of a bill of Exchange drawn upon the Honorble Sr Jno Frederick Sr Nathanael & mr Joseph Hern merchants in London for the value of One hundred pound Sterling mony bearing date October. 12th 1676. & all other due damages according to attachmt datd January. 25° 1676. . . . The Jury . . . found for the Defendt costs of Court, allowd Six Shillings ten pence.

## EVANS agt. BOARMAN

Agnes Evans Administratrix of William Evans decd plaint. agt Daniel Boarman Defendt in an action of debt of One hundred pounds due by bill dated the 20th day of Decembr ann° Dm. 1665. & all just damages according to attachmt datd xbr first. 1676. [423]. . . . The Jury . . . found for the Defendt costs of Court allowed twenty five Shillings & eight pence.

Execucion issued 20th Febr 1676/7.

## SHELLEY agt. DEERING &a

Sarah Shelley plaint. agt Henry Deering (who married wth Elisabeth the Relict and administratrix to the Estate of the late Theodore Atkinson junr decd) and Samuel Shrimpton Admr to the sd Estate; as also Anne Sandys Relict & administratrix to the Estate of the late John Sandys decd them or either of them Defendts in an action of the case for witholding the Summe of Fifty pounds in mony being the Forfiture of an obligation under the hands & Seales of the sd Atkinson & Sandys bearing date Februry 27. 1674/5. wherein they are jointly & severally bound in the Summe aforesd with all due damages according to attachmt datd Janury 22d 1676. . . . The Jury . . . found for the plaint. the forfiture of the bond & costs of Court. The Magistrates on request of the Defendt chancered this Forfiture to twenty Six pound Seven Shillings mony & costs of Court allowd thirty Five Shillings and four pence.